

# NUMBER 13-21-00181-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RICHARD MUSIAL,                                                          Appellant,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC ASSIGNEE OF
GE CAPITAL RETAIL BANK
(CARE CREDIT),                                                          Appellee.

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Memorandum Opinion by Justice Silva**

On June 15, 2021, appellant filed a notice of appeal. On June 16, 2021, the Clerk

of the Court notified the appellant that it appears this Court does not have jurisdiction and

that if the defect is not cured within ten days, the appeal will be dismissed. On July 9,

2021, the Clerk of the Court again notified appellant that it appears the Court does not have jurisdiction and that the $205 filing fee is past due.

Appellant has neither paid the filing fee, filed a docketing statement, nor otherwise responded to the Court's notices. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

CLARISSA SILVA
Justice

Delivered and filed on the
16th day of September, 2021.